UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  Mackey, William
Mackey, Tamika C
Debtors

§
§
§
§

Case No. 07 B 18243

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2007.

2) The plan was confirmed on 11/26/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 10/22/2010.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $5,800.00.

10) Amount of unsecured claims discharged without full payment: $52,635.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,249.64 |
| Less amount refunded to debtor | $249.64 |
| **NET RECEIPTS:** | **$9,000.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,484.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $550.16 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,034.16** |
| Attorney fees paid and disclosed by debtor | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Dell Financial Services, Inc | Secured | NA | $200.00 | $200.00 | $0 | $0 |
| ADT Security Systems | Unsecured | $174.91 | NA | NA | $0 | $0 |
| Affiliated Radiologist | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $47.80 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $110.78 | NA | NA | $0 | $0 |
| Blue Island Radiology Consult | Unsecured | $45.00 | NA | NA | $0 | $0 |
| Bonded Coll | Unsecured | $29.05 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $309.00 | NA | NA | $0 | $0 |
| Certified Credit Corporation | Unsecured | $74.00 | NA | NA | $0 | $0 |
| Certified Credit Corporation | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Chicago Ortho & Sports Medicine | Unsecured | $246.20 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $7,173.00 | NA | NA | $0 | $0 |
| Columbus Bank & Trust | Unsecured | $995.00 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $87.00 | $87.49 | $87.49 | $14.67 | $0 |
| Credit Collection | Unsecured | $24.38 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $115.00 | NA | NA | $0 | $0 |
| D & B Receivable Management | Unsecured | $168.34 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:**  *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dell Financial Services, Inc | Unsecured | $1,601.06 | $1,481.03 | $1,481.03 | $248.22 | $0 |
| Eagle Insurance Company | Unsecured | $199.67 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $675.00 | $675.42 | $675.42 | $113.26 | $0 |
| ECast Settlement Corp | Unsecured | $625.00 | $625.12 | $625.12 | $104.83 | $0 |
| ECast Settlement Corp | Unsecured | $235.00 | $266.02 | $266.02 | $44.60 | $0 |
| ECast Settlement Corp | Unsecured | $477.00 | $553.67 | $553.67 | $92.79 | $0 |
| GEMB | Unsecured | $266.00 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Unsecured | $0 | $9,581.20 | $9,581.20 | $1,606.14 | $0 |
| Illinois Collection Service | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Illinois Masonic Medical Center | Unsecured | $491.61 | NA | NA | $0 | $0 |
| Infinite Business Solutions | Unsecured | $5,604.25 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $995.20 | $1,001.70 | $1,001.70 | $167.97 | $0 |
| KCA Financial Services | Unsecured | $123.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $331.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $185.00 | NA | NA | $0 | $0 |
| Komyattee & Associates | Unsecured | $61.06 | NA | NA | $0 | $0 |
| Komyattee & Associates | Unsecured | $315.00 | NA | NA | $0 | $0 |
| Komyattee & Associates | Unsecured | $355.00 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $50.00 | NA | NA | $0 | $0 |
| M3 Financial Services | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Marauder Corporation | Unsecured | $2,238.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $148.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $249.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $375.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $197.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $246.20 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $123.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $122.00 | NA | NA | $0 | $0 |
| Merrick Bank | Unsecured | $953.00 | $974.95 | $974.95 | $163.40 | $0 |
| MRSI | Unsecured | $491.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $0 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $598.00 | NA | NA | $0 | $0 |
| Munster Radiology Group | Unsecured | $40.00 | $40.00 | $40.00 | $6.70 | $0 |
| Mutl H Clctn | Unsecured | $77.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $52.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $55.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mutual Hospital Services | Unsecured | $55.00 | NA | NA | $0 | $0 |
| My Cash Now | Unsecured | $575.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $9,378.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $55.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $155.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $131.00 | NA | NA | $0 | $0 |
| North Shore Agency Inc | Unsecured | $25.41 | NA | NA | $0 | $0 |
| Patients 1st ER Med Consult PC | Unsecured | $61.00 | $61.06 | $61.06 | $10.23 | $0 |
| Paycheck Today | Unsecured | $390.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $523.00 | $523.51 | $523.51 | $87.76 | $0 |
| Portfolio Recovery Associates | Unsecured | $752.00 | $752.21 | $752.21 | $126.14 | $0 |
| Portfolio Recovery Associates | Unsecured | $475.00 | $475.72 | $475.72 | $79.75 | $0 |
| Premier Bankcard | Unsecured | $316.00 | $378.06 | $378.06 | $63.37 | $0 |
| Resurgent Capital Services | Unsecured | $0 | $10,821.90 | $10,821.90 | $1,814.46 | $0 |
| RMI/MCSI | Unsecured | $468.00 | $972.80 | $972.80 | $163.04 | $0 |
| RoundUp Funding LLC | Unsecured | $349.00 | $349.05 | $349.05 | $58.51 | $0 |
| Rush University Medical Center | Unsecured | $412.00 | NA | NA | $0 | $0 |
| Rush University Medical Center | Unsecured | $40.00 | NA | NA | $0 | $0 |
| SKO Brenner American | Unsecured | $19.95 | NA | NA | $0 | $0 |
| St Francis Hospital | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Target Financial Services | Unsecured | $378.00 | NA | NA | $0 | $0 |
| Ultra Care | Unsecured | $17.50 | NA | NA | $0 | $0 |
| University Of Chicago Medical Cente | Unsecured | $225.00 | NA | NA | $0 | $0 |
| VMC Collection Agency | Unsecured | $137.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $200.00 | $0 | $0 |
| **TOTAL SECURED:** | $200.00 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $29,620.91 | $4,965.84 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,034.16 |
| Disbursements to Creditors | $4,965.84 |
| **TOTAL DISBURSEMENTS:** | $9,000.00 |

UST Form 101-13-FR-S (09/01/2009)

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 9, 2011         By:  /s/ MARILYN O. MARSHALL
                                             Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.